**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter __**11**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Green Roads, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | FDBA **Green Roads Founders, Inc.** FDBA **Green Roads, Inc., Delaware** FDBA **Clarity Labs** FDBA **Clarity Labs LLC** FDBA **Green Roads of Florida LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **37-2010208** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **601 Fairway Drive** **Deerfield Beach, FL 33441** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://greenroads.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor   **Green Roads, Inc.**                                                      Case number *(if known)* _____
         Name

---

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

Debtor **Green Roads, Inc.**                      Case number (*if known*) _____
      Name

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When | _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

         ■    **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor      **Green Roads, Inc.**
           Name

Case number (*if known*) _____

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | Green Roads, Inc. | | Case number (*if known*) | |
| | Name | | | |

███ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March  6, 2023**
             MM / DD / YYYY

**X** **/s/ Julie Pilch**                              **Julie Pilch**
Signature of authorized representative of debtor       Printed name

Title  **Interim Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Jonathan Kaskel**                     Date  **March  6, 2023**
Signature of attorney for debtor                       MM / DD / YYYY

**Jonathan Kaskel**
Printed name

**Dentons US, LLP**
Firm name

**Penthouse**
**1 Alhambra Plaza**
**Coral Gables, FL 33134-5216**
Number, Street, City, State & ZIP Code

Contact phone  **(305) 670-4843**        Email address  **jonanthan.kaskel@dentons.com**

**52718 FL**
Bar number and State

# United States Bankruptcy Court
### Southern District of Florida

In re    **Green Roads, Inc.**                                          Case No.
                                          Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Interim Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March  6, 2023**                        **/s/ Julie Pilch**

                                        **Julie Pilch**/**Interim Chief Executive Officer**
                                        Signer/Title

601 Fairway Investments
215 North Federal Highway, Suite 1
Boca Raton, FL 33432


9347232 Canada Inc.
286 Avenue Willodale Suite 15
Montreal QC H3T1G7


A1 Shredding & Recycling
1791 W. Oak Parkway Suite 2
Marietta, GA 30062


Acosta
6600 Corporate Center Parkway
Jacksonville, FL 32216


Alabama Attorney General's Office
State of Alabama
501 Washington Avenue
Montgomery, AL 36104


Alabama Department of Revenue
50 North Ripley Street
Montgomery, AL 36132


Alamdar Hamdani
US Attorney Office, S. District of Texas
1000 Lousiana Ste 2300
Houston, TX 77002


Alaska Attorney General Office
1031 West 4th Avenue
Suite 200
Anchorage, AK 99501-1994


Alaska Department of Revenue
PO Box 110400
Juneau, AK 99811-0400


Alithya Fullscope
PO Box 845183
Boston, MA 02284-5183

All 4 Pest Control Corp
6931 Stirling Road
Fort Lauderdale, FL 33314


Altmedia, UAB
Velverlu STR 139-309
Kaunas LT 46309 Lthuania


American Express
PO Box 6031
Carol Stream, IL 60197-6031


Andersen Material Handling
30575 Andersen Ct.
Wixom, MI 48393


Anthony Guevara
4752 Tatton Park Cir. Unit 2A
Winston Salem, NC 27103


Applied Consumer Services, Inc.
11890 NW 87th Ct Unit 8
Hialeah, FL 33018


Arizona Attorney General Office
2005 N. Central Avenue
Phoenix, AZ 85004


Arizona Department of Revenue
PO Box 29079
Phoenix, AZ 85038-9079


Arkansas Attorney General Office
323 Center Street Suite 200
Little Rock, AR 72201


Arkansas Department of Revenue
Ragland Building
190 W 7th Suite 2047
Little Rock, AR 72201


ATC Medical
3027 Poplar Grove Lane
Germantown, TN 38139

Bank of America
PO Box 15796
Wilmington, DE 19886-5796


Beeswax IO Corporation
One Comcast Center
Philadelphia, PA 19102


Berlin Packaging
525 West Monroe St 14th Floor
Chicago, IL 60661


Big Commerce
11305 Four Points Drive
Austin, TX 78726


Bishota Law PLLC
5760 Legacy Drive Ste B3-336
Plano, TX 75024


Blexr Limited
Level 4 THe Plaza Commercial Centre
Bisazza Tas-Siiema SLM3106 Malta


C3 Cloud Compu Concepts
110 E. Atlantic Ave Suite 420
Delray Beach, FL 33444


California Attorney General Office
PO Box 944255
Sacramento, CA 94244-2550


California Department of Revenue
PO Box 942879
Sacramento, CA 94279


CBDTop10 LLC
352 Morgan Court
Salem, OH 44460


Centerpoint Media Limited
Herons Pond Chelford Road
Olerton England SK10 United Kingdom

Christopher James Dinham/King Wave
3/14 Corbett Street Scarborough
6019 Western Australia


City of Deerfield Beach
150 NE 2nd Ave
Deerfield Beach, FL 33441


Cloud Castle, Inc.
2101 Beverly Drive
Charlotte, NC 28207


Colorado Attorney General Office
Ralph L. Carr Judicial Building
1300 Broadway 10th Floor
Denver, CO 80203


Colorado Department of Revenue
1375 Sherman St
Denver, CO 80261


Connecticut Attorney General Office
165 Capitol Avenue
Hartford, CT 06106


Connecticut Department of Revenue
25 Sigourney St Suite 2
Hartford, CT 06106-5032


Cozen O'Connor
PO Box 7247
Philadelphia, PA 19170


CTOS Wholesale LLC
1011 Foster Ave Office
Bensenville, IL 60106


Custom Chemical Services
9292 NW 101st
Miami, FL 33178

Dale Baker, as Representative
Attn: Steven T. Margolin
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801


Data Masons
SPS Commerce Inc.
PO Box 205782
Dallas, TX 75320


Delaware Attorney General Office
Carvel State Building
820 N. French Street
Wilmington, DE 19801


Deline Box Company
3700 Lima Street
Denver, CO 80239


Delware Department of Revenue
CArvel State Office Building
820 North French Street
Wilmington, DE 19801


DEX Imaging
PO Box 17299
Clearwater, FL 33762


District of Columbia Attorney General
400 6th Street, NW
Washington, DC 20001


District of Columbia Depart of Revenue
1101 4th Street, SW
Suite 270 West
Washington, DC 20024


DRM Production LLC
475 Carswell Ave
Daytona Beach, FL 32117


Eco Packaging SVS
1401 NW 78 Ave.
Miami, FL 33126

Ernst & Young US LLP
200 Plaza Drive
Secaucus, NJ 07094


Expert Voice Inc.
Dept CH 19775
Palatine, IL 60055


FedEx
942 South Shady Grove Road
Memphis, TN 38120


Fedex
PO Box 660481
Dallas, TX 75266-0481


Florida Attorney General Office
State of Florida
PL-01 The Capitol
Tallahassee, FL 32399-1050


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100


Florida Power and Light
FPL General Mail Facility
Miami, FL 33188-0001


Force Real Estate Investment 3337
9505 SW 8th Street
Miami, FL 33173


Georgia Attorney General Office
40 Capitol Square SW
Atlanta, GA 30334


Georgia Department of Revenue
1800 Century Center Blvd
Atlanta, GA 30345-3205


Get Page One LLC
PO Box 1683
Austin, TX 78767

Hawaii Attorney General Office
425 Queen Street
Honolulu, HI 96813

Hawaii Department of Revenue
PO Box 259
Honolulu, HI 96809-0259

Healthline Media Inc.
1423 Red Ventures Drive
Fort Mill, SC 29707

Hyperion Insights LLC
8010 East McDowell Road
Suite 111
Scottsdale, AZ 85257

Idaho Attorney General
700 W. Jefferson Street
PO Box 83720
Boise, ID 83720-0010

Idaho Department of Revenue
PO Box 36
Boise, ID 83722-0410

IHeartMedia
PO Box 98849
Chicago, IL 60693

Illinois Attorney General Office
Chicago Office
100 Wst Randolph Street
Chicago, IL 60601

Illinois Department of Revenue
100 Wst Randolph Street
Chicago, IL 60601-3274

Indiana Attorney General Office
302 W. Washington Street 5th Floor
Indianapolis, IN 46204

Indiana Department of Revenue
100 N. Sentate Ave.
 Room N203 - Bankruptcy
Indianapolis, IN 46204


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Iowa Attorney General Office
Hooever State of Office Building
1305 E. Walnut Street
Des Moines, IA 50319


Iowa Department of Revenue
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319


Ivystone Group LLC
301 Commerce Drive
Exton, PA 19341


Jumep Multy Services LLC
1913 W. 23rd Street
West Palm Beach, FL 33404


Kansas Attorney General Office
120 SW 10th Avenue 2nd Floor
Topeka, KS 66612


Kansas Department of Revenue
Docking State Office Building, Rm 150
915 SW Harrison Street
Topeka, KS 66612


Kappa Laboratories
2577 NW 74th Avenue
Miami, FL 33122


Kaycha Holdings LLC
4101 SW 47th Ave Suite 105
Hollywood, FL 33021

Ken Marks
645 Deer Creek Run
Deerfield Beach, FL 33442


Kentucky Department of Revenue
600 West Cedar Street, 2nd Floor West
Louisville, KY 40202-2310


Kentucky General Attorney Office
7000 Capital Avenue Suite 118
Frankfort, KY 40601


Kiss Nutraceuticals
4969 N. Colorado Blvd.
Denver, CO 80216


Laura Fuentes
811 NE 69th Street
Boca Raton, FL 33487


Lee Sosin
9 Beachwood Blv
Port Chester, NY 10573


Lenor Express LLC
8290 Lake Drive Apt 420
Miami, FL 33166


Louisana Attorney General Office
1885 N 3rd Street
Baton Rouge, LA 70802


Louisana Department of Revenue
617 North Third Street
PO Box 201
Baton Rouge, LA 70821


Lucyd Media LLC
PO Box 22
Palm Beach, FL 33480


Maine Attorney General Office
6 State House
Augusta, ME 04333

Maine Department of Revenue
51 Commerce Drive
Augusta, ME 04330


Management Advisory Systems, Corporation
4214 Fillmore Street
Hollywood, FL 33021


Maria Rose
8630 Saratoga Street
Oak Park, MI 48237


Marlin Leasing Corporation
PO Box 13604
Philadelphia, PA 19101


Maryland Attorney General Office
200 St. Paul Place
Baltimore, MD 21202


Maryland Department of Revenue
Revenue Administration Center
80 Calvert Street
Annapolis, MD 21404


Massachusetts Attorney General Office
1 Ashburton Place
20th Floor
Boston, MA 02108


Massachusetts Department of Revenue
100 Cambridge Street
Boston, MA 02114


Mastercard
2000 Purchase Street
Purchase, NY 10577-2509


Memic Casualty Company
PO Box 11409
Portland, ME 04104-1409

Merrick B. Garland
US Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530


Miami-Dade Police Department
9105 NW 25th Street
Rm 1119
Miami, FL 33172


Michigan Attorney General Office
525 W. Ottawa Street
Lansing, MI 48906


Michigan Department of Revenue
430 W. Allegan Street
Lansing, MI 48933


Micotech Computer Services
757 SE 17th Street 3rd FL
Fort Lauderdale, FL 33316


Minnesota Attorney General Office
445 Minnesota Street Suite 1400
Saint Paul, MN 55101


Minnesota Department of Revenue
600 North Robert St.
Saint Paul, MN 55101


Missiouri Attorney General Office
207 W. High Street
PO Box 899
Jefferson City, MO 65102


Mississippi Attorney General Office
PO Box 220
Jackson, MS 39205


Mississippi Department of Revenue
PO Box 1033
Jackson, MS 39215-1033

Missouri Department of Revenue
Harry S. Truman State Office Building
301 West High Street
Jefferson City, MO 65101


Montana Attorney General Office
215 N. Sanders St
Helena, MT 59601


Montana Department of Revenue
Sam W. Mitchell Building
125 N. Roberts 3rd Floor
Helena, MT 59601


National Animal Supplement Council
PO Box 5168
Sun City West, AZ 85376


Nebraska Attorney General Office
2115 State Capitol
Lincoln, NE 68509


Nebraska Department of Revenue
301 Centennial Mall South
PO Box 94818
Lincoln, NE 68509-4818


Neighborly Interactive
1887 Whitney Mesa Drive
Henderson, NV 89014


Nevada Department of Taxation
1550 College Parkway Suite 115
Carson City, NV 89706


Nevada Office of Attorney General
100 N. Carson Street
Carson City, NV 89701


New Hampshire Attorney General Office
33 Capitol Street
Concord, NH 03301

New Hampshire Department of Revenue
109 Pleasant Street
Concord, NH 03301


New Jersey Attorney General Office
25 Market Street Box 080
Trenton, NJ 08625-0080


New Jersey Department of Revenue
50 Barrack Street 1st Floor Lobby
Trenton, NJ 08695


New Mexico Attorney General Office
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501


New Mexico Department of Revenue
1100 South St. Francis Drive
PO Box 630
Santa Fe, NM 87504-0630


New York Attorney General Office
The Capitol
Albany, NY 12224-0341


New York Department of Revenue
1 commerce Plaza
99 Washington Ave Suite 600
Albany, NY 12231


Nisonco Counsulting LLC
11 Bennington Court
East Brunswick, NJ 08816


North Carolina Attorney General Office
114 West Edenton Street
Raleigh, NC 27603


North Carolina Department of Revenue
PO Box 58787
Raleigh, NC 27658

North Dakota Attorney General Office
600 E. Boulevard Ave Dept. 125
Bismarck, ND 58505


North Dakota Department of Revenue
PO Box 5621
Bismarck, ND 58506


Ohio Attorney General Office
PO Box 365
London, OH 43140


Ohio Department of Taxation
C/O Rebecca Daum
P.O. Box 530
Columbus, OH 43216


Oklahoma Attorney General Office
313 NE 21st Street
Oklahoma City, OK 73105


Oklahoma Department of Revenue
2501 North Lincoln Boulevard
Oklahoma City, OK 73194


Open Book Extracts
317 Lucy Garrett Roads
Roxboro, NC 27574


Oregon Attorney General Office
1162 Court Street NE
Salem, OR 97301-4096


Oregon Department of Revenue
955 Center Street NE
Salem, OR 97301-2555


Pennsylvania Attorney General Office
Strawberry Square
Harrisburg, PA 17120


Pennsylvania Department of Revenue
PO Box 280427
Harrisburg, PA 17128-0427

Pharma Natural
14500 NW 60th Ave Bldg #7F
Hialeah, FL 33016

Pittsburgh Logistics Systems Inc.
Po Box 778858
Chicago, IL 60677

Raymond Leasing Corp
22 South Canal Street
Greene, NY 13778-0130

Remedy Review LLC
1122 Oberlin Road
Raleigh, NC 27605

Repeat Growth Inc.
530 Ross Drive
Escondido, CA 92029

Rhode Island Attorney General Office
150 South Main Street
Providence, RI 02903

Rhode Island Department of Revenue
One Capitol Hill
Providence, RI 02908

Salesforce.com Inc.
415 Mission Street 3rd FL
San Francisco, CA 94105

Select Bank Card
3451 N. Triumph Blvd Suite 301
Lehi, UT 84043

Signifi Solutions, Inc.
1705 Tech Avenue Suite 03
Mississauga, ON L4W 0A2

South Carolina Attorney General Office
PO Box 11549
Columbia, SC 29211

South Carolina Department of Revenue
1 South Park Circle Suite 100
Charleston, SC 29407


South Dakota Attorney General Office
1302 E. Hwy 14
Suite 1
Pierre, SD 57501-8501


South Dakota Department of Revenue
445 Easat Capitol Ave
Pierre, SD 57501


State Farm Insurance
17107 Pines Blvd
Pembroke Pines, FL 33027


Super Scientific Laboratories
14820 NW 60th Avenue
Hialeah, FL 33014


Susan Bond PC
1500 Dragon St.
Dallas, TX 75207


Tennessee Attorney General Office
PO Box 20207
Nashville, TN 37202-0207


Tennessee Department of Revenue
Andrew Jackson Building
500 Deaderick Street
Nashville, TN 37242


Texas Attorney General Office
PO Box 12548
Austin, TX 78711-2548


Texas Department of Revenue
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, TX 78774

The SAR Group, LLC
3525 NW 22nd Terrace
Gainesville, FL 32605


Utah Attorney General Office
350 North State Street, Suite 230
Salt Lake City, UT 84114-2320


Utah Department of Revenue
210 North 1950 West
Salt Lake City, UT 84134


Vermont Department of Revenue
133 State Street
Montpelier, VT 05633


Viktor Chernyshev-PurpleMind
A. Shanidze Street 21
Apt 6 Tbillsi 0179 Georgia


Virginia Attorney General Office
109 State Street
Montpelier, VT 05609


Virginia Department of Revenue
1957 Westmoreland Street
Richmond, VA 23230


Virginia Department of Revenue
Office of Customer Services
PO Box 1115
Richmond, VA 23218


Washington Attorney General Office
1125 Washington St SE
PO Box 40100
Olympia, WA 98504


Washington Department of Revenue
PO Box 47478
Olympia, WA 98504-7478


Waste Disposal Solutions, Inc.
2307 West Cone Blvd Suite 214
Greensboro, NC 27408

West Virginia Attorney General Office
1900 Kanawha Blvd E.
Charleston, WV 25305


West Virginia Department of Revenue
PO Box 3784
Charleston, WV 25337-3784


WEX
Wex Bank
PO Box 6293
Carol Stream, IL 60197


Wisconsin Attorney General Office
PO Box 7857
Madison, WI 53707-7857


Wisconsin Department of Revenue
819 N. Sixth Street, Room 408
Milwaukee, WI 53203-1606


Worldwide Express
2323 Victory Avenue, Suite 1600
Dallas, TX 75219


Wyoming Attorney General Office
109 State Capitol
Cheyenne, WY 82002


Wyoming Department of Revenue
122 West 25th Street 2nd Floor West
Cheyenne, WY 82002-0110


Yoad Development & Technology 2014 LTD
Maale Nof 19 Tirat Carmel 30220 Israel


Yotpo
233 Spring St. 6th Floor
New York, NY 10013


Z-Consulting LLC the CBD Benefits
1521 Happy Valley Road
Crown Point, IN 46307