**EXHIBIT B**

**(LIQUIDATION ANALYSIS)**

## IN RE GREEN ROADS, INC. - LIQUIDATION ANALYSIS

| Description | Scenario Chapter 7 | Scenario Plan | Comments |
|---|---|---|---|
| Estimated Debtor Cash on Hand | $1,616,977 | $1,616,977 | Based upon Cash on Hand in March 2024 Monthly Operating Report |
| Chapter 7 Trustee Fees[1] | $71,759 | N/A | |
| Chapter 7 Trustee or Responsible Person's Professionals Fees[2] | $75,000 | $75,000 | |
| Preference Recovery | Net Zero[3] | N/A | Preferences to be waived under the terms of the Plan |
| Estimated Pre-Effective Date Administrative Expense Claims and Priority Claims | $120,000 | $120,000 | |
| Cash Available for Distribution to Unsecured Creditors | $1,350,218 | $1,421,977 | |

---

[1] Trustee Fee Calculations:

| | | | | | |
|---|---|---|---|---|---|
| First $5,000 Disbursed | - | 25% | - | $1,250 |
| Next $45,000 Disbursed | - | 10% | - | $4,500 |
| Next $950,000 Disbursed | - | 5% | - | $47,500 |
| Anything over $1,000,000 | - | 3% | - | $18,509 |

[2] The Debtor assumes that the cost of legal and tax professionals to file final tax returns and winddown the Debtor will be equal under the Plan and under Chapter 7.

[3] The Debtor believes that many of the transfers during the 90 days before the Petition Date are subject to affirmative defenses, and that considering increases in the general unsecured claim pool and the costs of pursuing preferences that such pursuit will be net neutral to unsecured creditor recovery.

23764888.v1