

**ORDERED in the Southern District of Florida on October 10, 2024.**

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

GREEN ROADS, INC.,[1]

        Debtor.

_____/

Chapter 11

Case No. 23-11738-SMG

**ORDER GRANTING**
**KAPILAMUKAMAL'S 1st AND FINAL FEE APPLICATION FOR**
**ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES TO ACCOUNTANT FOR**
**THE PERIOD OCTOBER 19, 2023 THROUGH AUGUST 28, 2024 (AS**
**SUPPLEMENTED)**

Upon the hearing held on September 27, 2024, on KapilaMukamal's 1st and Final Fee

Application for Allowance and Payment of Compensation for Services Rendered and

Reimbursement of Expenses to Accountant for the Period October 19, 2023 through July 31, 2024

---

[1] The last four digits of the Debtor's federal tax identification number is 0208. The Debtor's principal address is 601 Fairway Dr, Deerfield Beach, FL 33441.

1

#24234698v3<LEGALDOCS> - Green Roads - Order Granting Final Fee Application - Kapila
24234698.v3

[ECF No. 208] and the Supplement/Amendment to the KapilaMukamal's 1st and Final Fee Application for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses to Soneet R. Kapila, CPA, CFF, CIRA, CFE and KapilaMukamal LLP Financial Advisors for the Debtor for the Period August 1, 2024 through August 28, 2024 [ECF No. 213] (together, the "Application") of KapilaMukamal, LLP ("Kapila"), financial advisor to Green Roads, Inc. (the "Debtor"), for entry of an order approving Kapila's fees and expenses for the Amended Final Compensation Period[2] the Court having reviewed the Application, the Court having determined that the relief requested in the Application is in the best interests of the Debtor, its bankruptcy estate, its creditors, and other parties in interest; and it appearing that proper and adequate notice of the Application has been given and that no other or, further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      The Application is GRANTED.

2.      Kapila is allowed compensation in the amount of $53,447.40 for fees earned and reimbursement for expenses in the amount of $451.79, representing 100% of expenses incurred by Kapila during the Final Compensation Period.

3.      Upon entry of this order, Kapila may apply its retainer to partially satisfy the amounts owed, and the Debtor shall promptly pay Kapila's remaining allowed allowed fees and expenses.

---

[2] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Application.

#24234698v3<LEGALDOCS> - Green Roads - Order Granting Final Fee Application - Kapila
24234698.v3

4.      The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

###

Tendered By:

James R. Irving
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone:    (502) 587-3606
Facsimile:    (502) 540-2215
E-mail:    james.irving@dentons.com

*Counsel to Green Roads, Inc.*

*(Attorney Irving is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

#24234698v3<LEGALDOCS> - Green Roads - Order Granting Final Fee Application - Kapila
24234698.v3