**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

GREEN ROADS, INC.,[1]

Debtor.
_____________________________________/

Chapter 11

Case No. 23-11738-SMG

**FIRST OMNIBUS OBJECTION TO**
**"FOUNDERS' CLAIMS" AS DEFINED IN THE PLAN**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court at 299 E. Broward Blvd., Room 112, Fort Lauderdale, Florida 33301.**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Soneet Kapila as Responsible Person (the "Responsible Person") for Green Roads, Inc. (the "Debtor") objects (the "Objection") to the "Founders' Claims" as defined in the Plan as follows:

| Name & Address of Claimant | Amount of Claim | Summary of the Basis for Objection and Recommended Disposition |
|---|---|---|
| Anthony Alfonso<br>9505 SW 68th Street<br>Miami, FL 33173 | N/A | No Founders' Claim filed. |
| Arbeluo Barroso | N/A | No Founders' Claim filed. |

[1] The last four digits of the Debtor's federal tax identification number is 0208.

| Name & Address of Claimant | Amount of Claim | Summary of the Basis for Objection and Recommended Disposition |
|---|---|---|
| 2811 NE Court<br>Fort Lauderdale, FL 33308 | | |
| Danny Perdeck<br>West Las Dias Blvd<br>Apt 2003<br>Fort Lauderdale, FL 33301 | N/A | No Founders' Claim filed. |
| HBDB 2008 Trust u/t/d July 18 2008<br>Jonathan Williams, Premier Trust, Inc.<br>4465 S. Jones Blvd.<br>Las Vegas, NV 89103 | N/A | No Founders' Claim filed. |
| James Tundidon<br>10260 NW 135 Street<br>Hialeah Gardens, FL 33018 | N/A | No Founders' Claim filed. |

## BASIS FOR OBJECTION AND RECOMMENDED DISPOSITION

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

2. On March 6, 2023 (the "Petition Date"), the Reorganized Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court"), thereby commencing this bankruptcy case (the "Chapter 11 Case"). To date, the Office of the United States Trustee (the "U.S. Trustee") has not appointed an official committee of unsecured creditors in the Chapter 11

Case. No trustee or examiner has been appointed in the Chapter 11 Case.

3. On March 7, 2023, the Bankruptcy Court issued a *Notice of Chapter 11 Bankruptcy Case* [Docket No. 20] (the "Bankruptcy Notice") which established May 15, 2023, as the deadline for all creditors (other than governmental entities) to file a proof of claim.

4. On March 27, 2023, the Debtor filed its schedules [Docket No. 55] (the "Schedules").

5. On April 23, 2024, the Reorganized Debtor filed its *Chapter 11 Plan of Liquidation Proposed by Green Roads, Inc.* [Docket No. 188] (the "Plan").

6. On October 11, 2024, the Bankruptcy Court entered an *Order Confirming Chapter 11 Plan of Liquidation Proposed by Green Roads, Inc.* [Docket No. 234] (the "Confirmation Order").

7. The Plan became effective on October 28, 2024 [Docket No. 241] (the "Effective Date").

8. The Plan defines "Founders' Claims" as:

> Claims against the Debtor that are not Administrative Claims, Priority Tax Claims, Other Priority Claims, Other Secured Claims, or Equity Interests and which are held by the holders of equity interests in the Debtor or its predecessors who sold the business to SNDL pursuant to the Plan of Merger and Securities Purchase Agreement By and Among Green Roads Founders LLC, the Members of Green Roads Founds LLC, Green Roads Holdings LLC, the Members of Green Roads Holdings LLC, Clarity Labs LLC, the Members of Clarity Labs, LLC, the Valens Company Inc., and VGR Merger Sub, Inc. Dated April 26, 2021. For the avoidance of doubt, these claims include but are not limited to those claims asserted in the litigation pending as Dale Baker et al. v. The Valens Company, Inc. et al., pending before the Superior Court of the State of Delaware.

Plan Exhibit A - Plan Definitions [Docket No. 188-1, p. 6].

9. The Plan groups the Founders' Claims into its own class, Class 1-B. Class 1-B are deemed to be general unsecured claims and receive treatment equal to the Class 1-A general



24668407.v2

unsecured claims under the Plan. [Docket No. 188, p. 10-11].

10. In addition to setting a deadline for filing proofs of claim, the Bankruptcy Notice informed creditors that if their claim was unscheduled, they must file a proof of claim. [Docket No. 20].

11. Notably, none of the parties described in the definition of Founders' Claims and listed on the schedule above filed a proof of claim in the Chapter 11 Case.

12. The Plan provides that the Responsible Person shall file his objections to any disputed claims within ninety days of the Plan's Effective Date (the "Claims Objection Bar Date"). *See* Docket No. 188-1, ¶ 19. The Claims Objection Bar Date was January 26, 2025.

13. On January 25, 2025, the Debtor filed its *Motion to Extend Deadline to Object to Claims* [Docket No. 252] (the "Motion to Extend Deadline").

14. The Motion to Extend Deadline was granted on March 4, 2025, [Docket No. 260] extending the Claims Objection Bar Date through and including March 27, 2025.

## **RELIEF REQUESTED**

15. By the Objection, the Responsible Person seeks entry of an order under section 502 of the Bankruptcy Code, Bankruptcy Rule 3007-1, and the Local Rules clarifying that there are no Founders' Claims as no relevant proofs of claim were filed.

## **BASIS FOR RELIEF**

16. Filing a proof of claim constitutes *prima facie* evidence of the validity and amount of the claim. 11 U.S.C. § 502(a). However, if there is an objection to a claim that overcomes the *prima facie* effect given to the claim "the ultimate burden ordinarily remains on the claimant to prove the validity of the claim by a preponderance of the evidence." Alan N. Resnick and Henry J. Sommer, *4 Collier on Bankruptcy* ¶ 502.2 (16th ed. 2016) (*citing In re Harrison*, 987

F.2d 677 (10th Cir. 1993); *In re Allegheny Int'l, Inc.*, 954 F.2d 167 (3d Cir. 1992)).

17. The Responsible Person notes that no proofs of claim were filed by individuals potentially holding Founders' Claims. Accordingly, no Founders' Claims shall be paid out under the Plan.

18. The Responsible Person also acknowledges that certain individuals holding scheduled claims for unpaid wages overlap with individuals that may have potentially held Founders' Claims. However, these unpaid wages claims are treated in a separate class under the Plan.

19. The Responsible Person is seeking the relief herein proactively to clarify expectations with holders of potential claims.

WHEREFORE, the Responsible Person respectfully requests that the Court enter an order (i) granting the Objection; (ii) disallowing any and all potential Founders' Claims; and (iii) granting such further relief as the Court deems just and proper.

[*remainder of page intentionally left blank*]

Dated: March 27, 2025

Respectfully submitted,

*/s/ James R. Irving*

James R. Irving (admitted *pro hac vice*)
Dentons Bingham Greenebaum LLP
3500 PNC Tower, 101 S. Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3606
E-mail: james.irving@dentons.com

-and-

Jonathan Kaskel (FBN 52718)
DENTONS US LLP
1 Alhambra Plaza, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 537-0009
E-mail: jonathan.kaskel@dentons.com

-and-

Andrew C. Helman (admitted *pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP
One City Center, Suite 11100
Portland, Maine 04101
E-mail: andrew.helman@dentons.com

*Counsel to the Responsible Person for Green Roads, Inc.*