**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

GREEN ROADS, INC.,[1]

         Debtor.

_____/

Chapter 11

Case No. 23-11738-SMG

**EIGHTH OMNIBUS OBJECTION TO**
**ALREADY SATISFIED EMPLOYEE CLAIMS**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court at 299 E. Broward Blvd., Room 112, Fort Lauderdale, Florida 33301.**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Soneet Kapila as Responsible Person (the "Responsible Person") for Green Roads, Inc. (the "Debtor") objects (the "Objection") to the "Already Satisfied Wage Claims" defined as:

| Name & Address of Claimant | Amount of Claim | Summary of the Basis for Objection and Recommended Disposition |
|---|---|---|
| Gonzalez, Zulima 4361 Southwest 54th Street Apt 6 | $560.00 | Claim satisfied by post-Petition Date payment made by the Debtor under the terms of the Employee Wage Order (defined below). |

---

[1]     The last four digits of the Debtor's federal tax identification number is 0208.

24763848.v1

| Name & Address of Claimant | Amount of Claim | Summary of the Basis for Objection and Recommended Disposition |
|---|---|---|
| Fort Lauderdale, FL 33314 | | |
| Haber, Jesika 5704 Santiago Circle Boca Raton, FL 33433 | $1,307.70 | Claim satisfied by post-Petition Date payment made by the Debtor under the terms of the Employee Wage Order. |
| Haimm, Matthew 3611 Oaks Clubhouse Drive Pompano Beach, FL 33069 | $2,153.85 | Claim satisfied by post-Petition Date payment made by the Debtor under the terms of the Employee Wage Order. |
| Hernadez, Maria 2527 Southwest 19th Street Miami, FL 33145 | $528.00 | Claim satisfied by post-Petition Date payment made by the Debtor under the terms of the Employee Wage Order. |
| Hernandez, Disneisy 3340 E. Avenue Hialeah, FL 33013 | $480.00 | Claim satisfied by post-Petition Date payment made by the Debtor under the terms of the Employee Wage Order. |

## BASIS FOR OBJECTION AND RECOMMENDED DISPOSITION

### JURISDICTION AND VENUE

1.      The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

2.      On March 6, 2023 (the "Petition Date"), the Reorganized Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court"), thereby commencing this bankruptcy case (the "Chapter 11 Case").  To date, the Office of the United States Trustee (the "U.S. Trustee") has not appointed an official committee of unsecured creditors in the Chapter 11 Case.  No trustee or examiner has been appointed in the Chapter 11 Case.

3.      On the Petition Date the Debtor filed the *Debtor's Emergency Motion for Entry of*

24763848.v1

*Interim and Final Orders Under 11 U.S.C. §§ 105, 363, 507, and 541 and Bankruptcy Rules 6003 and 6004 Authorizing the Debtor to Pay and Honor Prepetition Wages and Related Items* [Docket No. 15] (the "Employee Wage Motion").  By the Employe Wage Motion the Debtor sought entry of an order authorizing it to pay claims based on wages, salaries, commissions and otherwise based on employee compensation and benefits that were earned before the Petition Date.

4.      On March 7, 2023, the Bankruptcy Court issued a *Notice of Chapter 11 Bankruptcy Case* [Docket No. 20] (the "Bankruptcy Notice") which established May 15, 2023, as the deadline for all creditors (other than governmental entities) to file a proof of claim.

5.      On March 15, 2023, the Bankruptcy Court entered its *Order Granting the Debtor's Emergency Motion for Entry of Interim and Final Orders Under 11 U.S.C. §§ 105, 363, 507, and 541 and Bankruptcy Rules 6003 and 6004 Authorizing the Debtor to Pay and Honor Prepetition Wages and Related Items* [Docket No. 38] (the "Employee Wage Order"), granting the Employee Wage Motion.  Subsequent to the entry of the Employee Wage Order the Debtor made payments to satisfy employee wage claims owed prior to the Petition Date, including to the holders of the Already Satisfied Wage Claims.

6.      On March 27, 2023, the Debtor filed its *Schedules of Assets and Liabilities* [Docket No. 55] (the "Schedules").

7.      On April 23, 2024, the Reorganized Debtor filed its *Chapter 11 Plan of Liquidation Proposed by Green Roads, Inc.* [Docket No. 188] (the "Plan").

8.      On October 11, 2024, the Bankruptcy Court entered an *Order Confirming Chapter 11 Plan of Liquidation Proposed by Green Roads, Inc.* [Docket No. 234] (the "Confirmation Order").

9.      The Plan became effective on October 28, 2024 [Docket No. 241] (the "Effective

Date").

10.     In addition to setting a deadline for filing proofs of claim, the Bankruptcy Notice informed creditors that if their claim was unscheduled, they must file a proof of claim. [Docket No. 20].

11.     The individuals subject to this objection were listed on the Debtor's Schedules as holding claims for unpaid wages.

12.     The Plan provides that the Responsible Person shall file his objections to any disputed claims within ninety days of the Plan's Effective Date (the "Claims Objection Bar Date"). *See* Docket No. 188-1, ¶ 19. The Claims Objection Bar Date was January 26, 2025. By order of the Bankruptcy Court it has been extended to May 12, 2025.

## RELIEF REQUESTED

13.     By the Objection, the Responsible Person seeks entry of an order under section 502 of the Bankruptcy Code, Bankruptcy Rule 3007-1, and the Local Rules clarifying that the Already Satisfied Wage Claims should be disallowed as they were already satisfied by payments made by the Debtor under the terms of the Employee Wage Order.

## BASIS FOR RELIEF

14.     Filing a proof of claim constitutes *prima facie* evidence of the validity and amount of the claim. 11 U.S.C. § 502(a). However, if there is an objection to a claim that overcomes the *prima facie* effect given to the claim "the ultimate burden ordinarily remains on the claimant to prove the validity of the claim by a preponderance of the evidence." Alan N. Resnick and Henry J. Sommer, *4 Collier on Bankruptcy* ¶ 502.2 (16th ed. 2016) (*citing In re Harrison*, 987 F.2d 677 (10th Cir. 1993); *In re Allegheny Int'l, Inc.*, 954 F.2d 167 (3d Cir. 1992)).

15.     The Responsible Person notes that no proofs of claim were filed by individuals

4

holding the Already Satisfied Wage Claims.  This is not surprising, as under the terms of the Employee Wage Order the Debtor already paid these claims.

16.     The Responsible Person is seeking the relief herein to clean-up its Schedules and the Claims Register in advance of making distributions.

WHEREFORE, the Responsible Person respectfully requests that the Court enter an order (i) granting the Objection; (ii) disallowing the Already Satisfied Wage Claims; and (iii) granting such further relief as the Court deems just and proper.

Dated: May 12, 2025                                      Respectfully submitted,

*/s/ James R. Irving*
James R. Irving (admitted *pro hac vice*)
Dentons Bingham Greenebaum LLP
3500 PNC Tower, 101 S. Fifth Street
Louisville, Kentucky 40202
Telephone:  (502) 587-3606
E-mail:  james.irving@dentons.com

-and-

Jonathan Kaskel (FBN 52718)
DENTONS US LLP
1 Alhambra Plaza, Penthouse
Coral Gables, Florida 33134
Telephone:  (305) 537-0009
E-mail:  jonathan.kaskel@dentons.com

-and-

Andrew C. Helman (admitted *pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP
One City Center, Suite 11100
Portland, Maine 04101
E-mail:  andrew.helman@dentons.com
*Counsel to the Responsible Person for Green Roads, Inc.*

24763848.v1