

**ORDERED in the Southern District of Florida on July 22, 2025.**

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

GREEN ROADS, INC.,[1]

    Debtor.

_____/

Chapter 11

Case No. 23-11738-SMG

**ORDER GRANTING AGREED *EX-PARTE* MOTION FOR**
**TURNOVER OF TRUST FUNDS HELD BY BERGER SINGERMAN LLP**

Upon consideration of the *Agreed Ex-Parte Motion for Turnover of Funds Held by Berger Singerman LLP* [Docket No. 322] (the "Motion") filed by Soneet Kapilla (the "Responsible Person") and with the consent of Berger Singerman LLP:

**IT IS HEREBY ORDERED THAT**:

---

[1]     The last four digits of the Debtor's federal tax identification number is 0208.  The Debtor's principal address is 601 Fairway Dr, Deerfield Beach, FL 33441.

24928137.v1

1.       The Motion is GRANTED.

2.       Berger Singerman LLP is hereby directed to turnover the Debtor's funds in the amount of $19,447.50 to the Responsible Person on behalf of the Green Roads Liquidating Trust.

3.       The Bankruptcy Court retains jurisdiction to interpret this order.

###

Tendered by:

James R. Irving (admitted *pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower, 101 S. Fifth Street
Louisville, Kentucky 40202
Telephone:  (502) 587-3606
E-mail:  james.irving@dentons.com

*Counsel to Soneet Kapila as Responsible Person for Green Roads, Inc.*

*Seen and Agreed to by:*

Paul Steven Singerman
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone: (305) 714-4343
E-mail: singerman@bergersingerman.com

*(Attorney Irving is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

24928137.v1