**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

GREEN ROADS, INC.,[1]

        Debtor.

_____/

Chapter 11

Case No. 23-11738-SMG

**CERTIFICATE OF SERVICE**

I, James R. Irving, being over the age of eighteen and an attorney at Dentons Bingham Greenebaum LLP, certify that on July 22, 2025 the *Order Granting Agreed Ex-Parte Motion for Turnover of Trust Funds Held by Berger Singerman LLP* [Docket No. 325] and *Agreed Order Granting Agreed Ex-Parte Motion to Allow Claim No. 14-1 Filed By Laura Fuentes (I) In an Amount Different Than Scheduled; and (II) In An Amount Less Than Filed* [Docket No. 326] were both sent via First Class United States Mail, postage prepaid, to the individuals as further described on the attached **Exhibit A**.

Parties who are participants in the Court's electronic noticing system, were denoted as having been served electronically on the date of filing of July 22, 2025.

---

[1]     The last four digits of the Debtor's federal tax identification number is 0208.  The Debtor's principal address is 601 Fairway Dr, Deerfield Beach, FL 33441.

1

Dated: July 23, 2025

Respectfully submitted,

*/s/ James R. Irving*
James R. Irving (admitted *Pro Hac Vice*)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower, 101 S. Fifth Street
Louisville, Kentucky 40202
Telephone:  (502) 587-3606
E-mail:  james.irving@dentons.com

-and-

Jonathan Kaskel (FBN 52718)
DENTONS US LLP
1 Alhambra Plaza, Penthouse
Coral Gables, Florida 33134
Telephone:  (305) 537-0009
E-mail:  jonathan.kaskel@dentons.com

*Counsel to Responsible Person for Green Roads, Inc.*

## **Exhibit A**
(Matrix as of July 22, 2025)

Label Matrix for local noticing
113C-0
Case 23-11738-SMG
Southern District of Florida
Fort Lauderdale
Tue Jul 22 13:36:41 EDT 2025

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Argo Partners
12 W 37th St, Ste. 900
New York, NY 10018-7381

Cloud Computing Consultants, Inc.
c/o Tripp Scott, P.A.
110 S.E. 6th Street
Suite 1500
Fort Lauderdale, FL 33301-5039

Force Investment 3345-3347, LLC
c/o Orshan, PA
150 Alhambra Circle
Suite 1150
Suite 1150
Coral Gables, FL 33134-4542

Green Roads, Inc.
601 Fairway Drive
Deerfield Beach, FL 33441-1867

Lee Sosin
9 Beechwood Blvd
Rye Brook, NY 10573-1701

Louisiana Department of Revenue
617 North St  POB 66658
Baton Rouge, LA 70896-6658

Louisiana Department of Revenue
Attn: Florence Bonaccorso-Saenz
Senior Bankruptcy Counsel, Litigation
617 N. Third Street, Office 780
P.O. Box 4064 (Zip 70821-4064)
Baton Rouge, LA 70802 United States of A 70821-4064

Management Advisory Systems Corporation
c/o Robert C. Martin, Esq.
Martin & Martin, P.A.
319 S.E. 14th Street
Ft. Lauderdale, FL 33316-1929

Massachusetts Department of Revenue
PO Box 7090
Boston, MA 02204-7090

Microtech Computer Services, LLC
757 SE 17th St
Suite 225
Fort Lauderdale, FL 33316-2960

TN Dept of Revenue
c/oTN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

601 Fairway Investments
215 North Federal Highway, Suite 1
Boca Raton, FL 33432-3928

9347232 Canada Inc.
286 Avenue Willodale Suite 15
Montreal QC H3T1G7

A1 Shredding & Recycling
1791 W. Oak Parkway Suite 2
Marietta, GA 30062-2229

ADP
PO Box 842875
Boston, MA 02284-2875

APPLIED CONSUMER SERVICES,INC.
11890 NW 87th Ct., Unit 8
Unit 8
11890 NW 87th Ct.
Hialeah Gardens, FL 33018-1984

ATC Medical
3027 Poplar Grove Lane
Germantown, TN 38139-8065

Acosta
6600 Corporate Center Parkway
Jacksonville, FL 32216-0973

Act Write Work Senior High
33 Cabernet
Rancho Mirage, CA 92270-5676

Adam Fertig
790 E Broward Blvd Apt 1609
Fort Lauderdale, FL 33301-3070

AffsMedia LTD
Yigal Alon St 96
Tel Aviv 00679-0000
Israel

Alabama Attorney General's Office
State of Alabama
501 Washington Avenue
Montgomery, AL 36104-4304

(p)STATE OF ALABAMA DEPARTMENT OF REVENUE
P O BOX 320001
MONTGOMERY AL 36132-0001

Alamdar Hamdani
US Attorney Office, S. District of Texas
1000 Lousiana Ste 2300
Houston, TX 77002-5010

Alaska Attorney General Office
1031 West 4th Avenue
Suite 200
Anchorage, AK 99501-1994

Alaska Department of Revenue
PO Box 110400
Juneau, AK 99811-0400

Alexander Cotes
6405 SW 116th Place Unit C
Miami, FL 33173-1716

Alithya Fullscope
PO Box 845183
Boston, MA 02284-5183

All 4 Pest Control Corp
6931 Stirling Road
Fort Lauderdale, FL 33314-7113

Altmedia
Antakalnio g. 99 Vilnius 10220 Vilniaus
Lithuania

Altmedia, UAB
Antakalnio g. 99-81
LT-10218 Vilnius, Lithuania

American Express
PO Box 6031
Carol Stream, IL 60197-6031

Amy Perez
66 SW 12th Avenue Apt 101
Deerfield Beach, FL 33442

Andersen & Associates, Inc., dba Andersen Ma
30575 Andersen Ct.
Wixom, MI 48393-2817

Andersen Material Handling
30575 Andersen Ct.
Wixom, MI 48393-2817

Anthonie Awwad
8561 Breezy Oak Way
Boynton Beach, FL 33473-4845

Anthony Guevara
4752 Tatton Park Cir. Unit 2A
Winston Salem, NC 27103-5291

Applied Consumer Services, Inc.
11890 NW 87th Ct Unit 8
Hialeah, FL 33018-1984

Argo Partners
12 West 37th Street, Ste 900
New York, NY 10018-7381

Arizona Attorney General Office
2005 N. Central Avenue
Phoenix, AZ 85004-1545

Arizona Department of Revenue
PO Box 29079
Phoenix, AZ 85038-9079

Arkansas Attorney General Office
323 Center Street Suite 200
Little Rock, AR 72201-2610

Arkansas Department of Revenue
Ragland Building
190 W 7th Suite 2047
Little Rock, AR 72201

Avalara Tax Payments
Dept CH 16781
Palatine, IL 60100

Bank of America
PO Box 15796
Wilmington, DE 19886-5796

Beeswax IO Corporation
One Comcast Center
Philadelphia, PA 19103-2833

Beeswax.IO Corporation
1407 Broadway, 12th Floor
New York, NY 10018-5100

Berlin Packaging
525 West Monroe St 14th Floor
Chicago, IL 60661-3648

Bertha Pedroso
3323 NW 193rd Steet
Miami Gardens, FL 33056-2367

Big Commerce
11305 Four Points Drive
Austin, TX 78726-2367

Bishota Law PLLC
5760 Legacy Drive Ste B3-336
Plano, TX 75024-7102

Blexr Limited
Level 4 THe Plaza Commercial Centre
Bisazza Tas-Siiema SLM3106 Malta

Britteny Brown
306 NW 6th Court
Deerfield Beach, FL 33441-1750

C3 Cloud Compu Concepts
110 E. Atlantic Ave Suite 420
Delray Beach, FL 33444-3734

CBDTop10 LLC
352 Morgan Court
Salem, OH 44460-1149

CTOS Wholesale LLC
2608 W. Peterson Avenue Suite 201
Chicago, IL 60659-4005

Caitlyn Martin
1522 Whitehall Drive
Davie, FL 33324-6676

California Attorney General Office
PO Box 944255
Sacramento, CA 94244-2550

California Department of Revenue
PO Box 942879
Sacramento, CA 94279-0001

Canes Isodor
4404 SW 22nd Street
West Park, FL 33023-3336

Carlos Villamizar
4912 NW 101st Avenue
Coral Springs, FL 33076-1701

Centerpoint Media Limited
Herons Pond Chelford Road
Olerton England SK10 United Kingdom

Chelsea Baker
2700 Banyan Rd Unit C6
Boca Raton, FL 33432-8226

Christopher James Dinham/King Wave
3/14 Corbett Street Scarborough
6019 Western Australia

City of Deerfield Beach
150 NE 2nd Ave
Deerfield Beach, FL 33441-3598

Cloud Castle, Inc.
2101 Beverly Drive
Charlotte, NC 28207-2603

Collin Walker
15915 Kingsmoor Way
Miami Lakes, FL 33014-6559

Colorado Attorney General Office
Ralph L. Carr Judicial Building
1300 Broadway 10th Floor
Denver, CO 80203-2104

Colorado Department of Revenue
1375 Sherman St
Denver, CO 80261-2200

Connecticut Attorney General Office
165 Capitol Avenue
Hartford, CT 06106-1669

(p)CONNECTICUT DEPARTMENT OF REVENUE SERVICES
ATTN COLLECTIONS UNIT - BANKRUPTCY TEAM
450 COLUMBUS BLVD STE 1
HARTFORD CT 06103-1837

Cozen O'Connor
PO Box 7247
Philadelphia, PA 19170-0001

Custom Chemical Services
9292 NW 101st
Miami, FL 33178-1351

DEX Imaging
PO Box 17299
Clearwater, FL 33762-0299

DRM Production LLC
475 Carswell Ave
Holly Hill FL 32117-4417

Dale Baker, as Representative
Attn: Steven T. Margolin
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801-1236

Daniel Shaff
3333 Port Royale Drive South E 610
Fort Lauderdale, FL 33300

Danielle Raybuck
592 North University Drive
Plantation, FL 33324-1438

Data Masons
SPS Commerce Inc.
PO Box 205782
Dallas, TX 75320-5782

David Fuentes
1533 Sunset Dr
Suite 150
Coral Gables, FL 33143-5700

Delaware Attorney General Office
Carvel State Building
820 N. French Street
Wilmington, DE 19801-3509

Deline Box Company
3700 Lima Street
Denver, CO 80239-3309

Delware Department of Revenue
CArvel State Office Building
820 North French Street
Wilmington, DE 19801-3509

Department of Taxation
State of Hawaii
Attn: Bankruptcy Unit M Robideau
P. O. Box 259
Honolulu, HI 96809-0259

Disneisy Hernandez
3340 E Avenue
Hialeah, FL 33000

District of Columbia Attorney General
400 6th Street, NW
Washington, DC 20001-0189

District of Columbia Depart of Revenue
1101 4th Street, SW
Suite 270 West
Washington, DC 20024-4457

Eco Packaging SVS
1401 NW 78 Ave.
Miami, FL 33126-1616

Emily Soto
6240 Wiles Road #305
Coral Springs, FL 33067-4323

Emmanuel Williams
1716 NW 13th Court
Fort Lauderdale, FL 33311-5306

Ernst & Young US LLP
200 Plaza Drive
Secaucus, NJ 07094-3699

Expert Voice Inc.
Dept CH 19775
Palatine, IL 60055-0001

Express Worldwide
2700 Commerce St.
Dallas, TX 75226-1404

Facebook
1 Hacker Way
Menlo Park, CA 94025-1455

FedEx
942 South Shady Grove Road
Memphis, TN 38120-4117

Fedex
PO Box 660481
Dallas, TX 75266-0481

Fedex Corporate Services Inc
3965 Airways Blvd, Module G, 3rd Floor
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

Felix Dominguez
6008 SW 129th Avenue
Miami, FL 33183-5403

Florida Attorney General Office
State of Florida
PL-01 The Capitol
Tallahassee, FL 32399-1050

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

Florida Power & Light
4200 W FLAGLER ST
RRD/LFO-BKY
CORAL GABLES, FL 33134-1606

Florida Power and Light
FPL General Mail Facility
Miami, FL 33188-0001

Fluent
PO Box 931014
Atlanta, GA 31193-1014

Forbes Marketplace Holdings
21F 88 Gloucester Road
Wanchai
China

Force Real Estate Investment 3337
9505 SW 8th Street
Miami, FL 33173

Gary A Costales
1533 Sunset Drive Suite 150
Coral Gables, FL 33143-5700

(p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
BUSINESS AND FINANCE BANKRUPTCY
40 CAPITOL SQUARE SW
ATLANTA GA 30334-9057

Georgia Department of Revenue
1800 Century Center Blvd
Atlanta, GA 30345-3205

Get Page One LLC
PO Box 1683
Austin, TX 78767-1683

Gianina Armella
1428 West Avenue #206
Miami Beach, FL 33139-3708

Hans Quinonez-Molano
3519 W Altantic Boulevard #1216
Pompano Beach, FL 33069-5733

Harry J. Ross
6100 Glades Road
Suite 211
Boca Raton, FL 33434-4371

(p)CYNTHIA M  JOHIRO
425 QUEEN STREET
HONOLULU HI 96813-2903

Hawaii Department of Revenue
PO Box 259
Honolulu, HI 96809-0259

Healthline Media Inc.
1423 Red Ventures Drive
Fort Mill, SC 29707-5019

Honest Brand Reviews
10 Dundas Street East
Toronto MSBOA1
Canada

Hussein Soueid
4516 NW 5th Court
Delray Beach, FL 33445-2176

Hyperion Insights LLC
8010 East McDowell Road
Suite 111
Scottsdale, AZ 85257-3868

IHeartMedia
PO Box 98849
Chicago, IL 60693-8849

Idaho Attorney General
700 W. Jefferson Street
PO Box 83720
Boise, ID 83720-0010

Idaho Department of Revenue
PO Box 36
Boise, ID 83722-0410

Illinois Attorney General Office
Chicago Office
100 Wst Randolph Street
Chicago, IL 60601-3220

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Inc. SNDL
230 Carion Road
Kelowna BC V4V 2K5
Canada

Inc. The Valens Company
230 Carion Road
Kelowna BC V4V 2K5
Canada

Indiana Attorney General Office
302 W. Washington Street 5th Floor
Indianapolis, IN 46204-4701

Indiana Department of Revenue
100 N. Sentate Ave.
Room N203 - Bankruptcy
Indianapolis, IN 46204-2217

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iowa Attorney General Office
Hooever State of Office Building
1305 E. Walnut Street
Des Moines, IA 50319-0106

(p)IOWA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 10471
DES MOINES IA 50306-0471

Ivystone Group LLC
301 Commerce Drive
Exton, PA 19341-2608

Janet Diaz
123 E 33rd Street
Hialeah, FL 33013-3216

Jason Kasten
615 SW 15th Court Apt 1
Fort Lauderdale, FL 33300

Jayne Morel
9407 Fontainbleau Boulevard
Miami, FL 33172-7502

Jennifer Perez
3432 NW 86th Way Apt D-206
Sunrise, FL 33351-6658

Jesika Haber
5704 Santiago Circle
Boca Raton, FL 33433-7297

Julian Giraldo
2492 Centergate Drive Apt 101
Miramar, FL 33025-7221

Juliana Katz
226 SE 1st Circle
Boynton Beach, FL 33435-7261

Julie Pilch
54257 Bayland Drive
Callahan, FL 32011-9717

Jumep Multy Services LLC
1913 W. 23rd Street
West Palm Beach, FL 33404-1810

Kansas Attorney General Office
120 SW 10th Avenue 2nd Floor
Topeka, KS 66612-1237

(p)KANSAS DEPARTMENT OF REVENUE
PO BOX 12005
TOPEKA KS 66601-3005

Kappa Laboratories
2577 NW 74th Avenue
Miami, FL 33122-1417

Kaycha Holdings LLC
4101 SW 47th Ave Suite 105
Hollywood, FL 33021

Kelly Cabitt
3963 NW 3rd Court
Deerfield Beach, FL 33442-7305

Kelvis Perez
2899 Collins Avenue #638
Miami Beach, FL 33140-4412

Ken Marks
645 Deer Creek Run
Deerfield Beach, FL 33442-1302

Kenneth Mark
645 Deer Creek Run
Deerfield Beach, FL 33442-1302

Kentucky Department of Revenue
600 West Cedar Street, 2nd Floor West
Louisville, KY 40202-2310

Kentucky General Attorney Office
7000 Capital Avenue Suite 118
Frankfort, KY 40601

Keny Borjas Granados
3323 NW 193rd Steet
Miami Gardens, FL 33056-2367

Kiss Nutraceuticals
5151 Bannock Street
Denver CO 80216-1846

Kristie LaPointe
13412 NW 5th Place
Plantation, FL 33325-6150

LLC CPAR Media
11 Bennington Court
Santa Monica, CA 90400

LLC Jumep Multy Services
1913 W 23rd Street
Riviera Beach, FL 33404-1810

LLC Quantlogic Media
3901 Chimney Rock Drive
Flower Mound, TX 75022-6644

LLC VerifyPass
340 S lemon Avenue #3040
Rancho Santa Margarita, CA 92700

Laura Fuentes
811 NE 69th Street
Boca Raton, FL 33487-2425

Laura Fuentes c/o Furr and Cohen PA
2255 Glades Road Suite 419A
Boca Raton, FL 33431-7379

Laura Pizzutelli
2417 NE 14th Street Causeway
Pompano Beach, FL 33062-8267

Lee Sosin
9 Beachwood Blv
Port Chester, NY 10573

Lenor Express LLC
8290 Lake Drive Apt 420
Miami, FL 33166-4675

Lenord Rahming
5750 NW 74th Place #105
Coconut Creek, FL 33073-3530

Limited Investments
215 N Federal Highway
Boca Raton, FL 33432-3992

Louisana Attorney General Office
1885 N 3rd Street
Baton Rouge, LA 70802-5146

Louisana Department of Revenue
617 North Third Street
PO Box 201
Baton Rouge, LA 70821-0201

Louisiana Department of Revenue
Bankrutpcy Section
P.O. Box 66658
Baton Rouge, LA 70896-6658

Luan Nguyen, Xuan
27 NW 45th Avenue Apt106 Bldg 3
Deerfield Beach, FL 33442-9390

Lucyd Media LLC
PO Box 22
Palm Beach, FL 33480-0022

Maggiolo Ledezma
27688 SW 133rd Avenue
Homestead, FL 33032-8246

Maine Attorney General Office
6 State House
Augusta, ME 04333-0006

Maine Department of Revenue
51 Commerce Drive
Augusta, ME 04330-7999

Management Advisory Systems Corporation
319 SE 14 Street
Fort Lauderdale, FL 33316-1929

Management Advisory Systems, Corporation
4214 Fillmore Street
Hollywood, FL 33021-5955

Maria Boudle
4550 Poinciana Street
Lauderdale-By-The-Sea, FL 33308-3518

Maria Hernadez
2527 SW 18th Street
Miami, FL 33145

Maria Rose
8630 Saratoga Street
Oak Park, MI 48237-2366

Marianela De La Rosa
11160 NW 1st Street
Miami, FL 33172-3604

Mariquita Lorenzo
5200 Hollywood Blvd #2
Hollywood, FL 33021-6447

Marlin Leasing Corporation
PO Box 13604
Philadelphia, PA 19101-3604

Maryland Attorney General Office
200 St. Paul Place
Baltimore, MD 21202-5994

Maryland Department of Revenue
Revenue Administration Center
80 Calvert Street
Annapolis, MD 21401-1907

Massachusetts Attorney General Office
1 Ashburton Place
20th Floor
Boston, MA 02108-1518

Massachusetts Department of Revenue
100 Cambridge Street
Boston, MA 02114-2509

(p)APPLIED PREDICTIVE TECHNOLOGIES  INC
ATTN GENERAL COUNSEL
2000 PURCHASE STREET
PURCHASE NY 10577-2405

Matthew Haimm
3611 Oaks Clubhouse Drive Apt 102
Pompano Beach, FL 33069-3621

Matthew Torres
2166 NW 37th Avenue
Coconut Creek, FL 33066-2214

Megan Alfonso
7740 SW 70th Street
South Miami, FL 33143-2704

(p)MEMIC
261 COMMERCIAL STREET
PORTLAND ME 04101-4622

Merrick B. Garland
US Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0009

Miami-Dade Police Department
9105 NW 25th Street
Rm 1119
Miami, FL 33172-1500

Michigan Attorney General Office
525 W. Ottawa Street
Lansing, MI 48933-1067

Michigan Department of Revenue
430 W. Allegan Street
Lansing, MI 48933-1592

Micotech Computer Services
757 SE 17th Street 3rd FL
Fort Lauderdale, FL 33316-2960

Microtech Computer Services, LLC
6100 Glades Road
Suiten 211
Boca Raton, FL 33434-4325

Microtech Computer Services, LLC
6100 Glades Road Suite 211
Boca Raton, FL 33434-4371

Minnesota Attorney General Office
445 Minnesota Street Suite 1400
Saint Paul, MN 55101-2131

Minnesota Department of Revenue
600 North Robert St.
Saint Paul, MN 55101

Missiouri Attorney General Office
207 W. High Street
PO Box 899
Jefferson City, MO 65102-0899

Mississippi Attorney General Office
PO Box 220
Jackson, MS 39205-0220

Mississippi Department of Revenue
ATTN: Bankruptcy Section
P. O. Box 22808
Jackson, MS 39225-2808

Mississippi Department of Revenue
PO Box 1033
Jackson, MS 39215-1033

Missouri Department of Revenue
Harry S. Truman State Office Building
301 West High Street
Jefferson City, MO 65101-1517

Montana Attorney General Office
215 N. Sanders St
Helena, MT 59601-4574

Montana Department of Revenue
Sam W. Mitchell Building
125 N. Roberts 3rd Floor
Helena, MT 59601-4558

Myles O?Hara
2642 NE 26th Terrace
Lighthouse Point, FL 33064-8319

Natasha Latortue
472 NW 2nd Terrace
Deerfield Beach, FL 33441-1936

National Animal Supplement Council
PO Box 5168
Sun City West, AZ 85376-5168

Nebraska Attorney General Office
2115 State Capitol
Lincoln, NE 68509

(p)NEBRASKA DEPARTMENT OF REVENUE
ATTN ATTENTION BANKRUPTCY UNIT
PO BOX 94818
LINCOLN NE 68509-4818

Neighborly Interactive
1887 Whitney Mesa Drive
Henderson, NV 89014-2069

Nelly Pino, Ruth
19107 NW 23rd Place
Hollywood, FL 33029-5346

Nevada Department of Taxation
1550 College Parkway Suite 115
Carson City, NV 89706-7937

Nevada Office of Attorney General
100 N. Carson Street
Carson City, NV 89701-4717

New Hampshire Attorney General Office
33 Capitol Street
Concord, NH 03301-6317

New Hampshire Department of Revenue
109 Pleasant Street
Concord, NH 03301-3852

New Jersey Attorney General Office
25 Market Street Box 080
Trenton, NJ 08611-2148

New Jersey Department of Revenue
50 Barrack Street 1st Floor Lobby
Trenton, NJ 08695-0001

New Mexico Attorney General Office
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501-2689

New Mexico Department of Revenue
1100 South St. Francis Drive
PO Box 630
Santa Fe, NM 87504-0630

New York Attorney General Office
The Capitol
Albany, NY 12224-0341

New York Department of Revenue
1 commerce Plaza
99 Washington Ave Suite 600
Albany, NY 12210-2808

Nikol Moen LLC
14824 Hornsby Hill Road
Austin, TX 78734-1804

Nison Consulting, LLC
11 Bennington Ct.
East Brunswick, NJ 08816-2603

Nisonco Counsulting LLC
11 Bennington Court
East Brunswick, NJ 08816-2603

Niza Vera
613 NW 3rd Avenue Apt 209
Fort Lauderdale, FL 33311-7593

Norkys Garcia
3071 NW 11th Street
Miami, FL 33125-2959

North Carolina Attorney General Office
114 West Edenton Street
Raleigh, NC 27603-1712

North Carolina Department of Revenue
PO Box 58787
Raleigh, NC 27658-8787

North Dakota Attorney General Office
600 E. Boulevard Ave Dept. 125
Bismarck, ND 58505-0040

North Dakota Department of Revenue
PO Box 5621
Bismarck, ND 58506-5621

Nutraceuticals Kiss
5151 Bannock St.
Denver, CO 80216-1846

Offers Nutra
315 S Coast Highway 101 #528
Encinitas, CA 92024-3543

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Ohio Attorney General Office
PO Box 365
London, OH 43140-0365

Ohio Department of Taxation
C/O Rebecca Daum
P.O. Box 530
Columbus, OH 43216-0530

Oklahoma Attorney General Office
313 NE 21st Street
Oklahoma City, OK 73105-3207

Oklahoma Department of Revenue
2501 North Lincoln Boulevard
Oklahoma City, OK 73194-0001

Open Book Extracts
317 Lucy Garrett Roads
Roxboro, NC 27574-9789

(p)OREGON DEPARTMENT OF JUSTICE
ATTN BANKRUPTCY DEPARTMENT
1162 COURT ST NE
SALEM OR 97301-4096

Oregon Department of Revenue
955 Center Street NE
Salem, OR 97301-2553

Pamela Krop
2920 NE 55th Street
Fort Lauderdale, FL 33308-3452

Pennsylvania Attorney General Office
Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
PO Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Department of Revenue Bankr
PO Box 280946
Harrisburg, PA 17128-0946

Pharma Natural
14500 NW 60th Ave Bldg #7F
Hialeah, FL 33014-2809

Pittsburgh Logistics Systems Inc.
Po Box 778858
Chicago, IL 60677-0746

Production DRM
475 Carswell Ave
Holly Hill, FL 32117-4417

Raymond Leasing Corp
22 South Canal Street
Greene, NY 13778-1244

Remedy Review LLC
1122 Oberlin Road, Ste 300
Raleigh, NC 27605-1968

Remedy Reviews LLC
701 Corporate Center Drive STE 250
Raleigh, NC 27607-4900

Repeat Growth Inc.
530 Ross Drive
Escondido, CA 92029-1125

Rhode Island Attorney General Office
150 South Main Street
Providence, RI 02903-2994

Rhode Island Department of Revenue
One Capitol Hill
Providence, RI 02908-5803

Roselyn Medrano-Elias
3532 Haldin Place
Royal Palm Beach, FL 33411-8320

Ryan Bastian
11490 NW 39th Court
Coral Springs, FL 33065-7233

Salesforce.com Inc.
415 Mission Street 3rd FL
San Francisco, CA 94105-2504

Select Bank Card
3451 N. Triumph Blvd Suite 301
Lehi, UT 84043-6186

Signifi Solutions, Inc.
1705 Tech Avenue Suite 03
Mississauga, ON L4W 0A2

South Carolina Attorney General Office
PO Box 11549
Columbia, SC 29211-1549

South Carolina Department of Revenue
2070 Northbrook Boulevard Suite B7
North Charleston, SC 29406-9254

South Carolina Department of Revenue
2070 Northbrook Boulevard, Suite B7
North Charlston, SC 29406-9254

South Dakota Attorney General Office
1302 E. Hwy 14
Suite 1
Pierre, SD 57501-8501

South Dakota Department of Revenue
445 Easat Capitol Ave
Pierre, SD 57501

State Farm Insurance
17107 Pines Blvd
Pembroke Pines, FL 33027-1001

(p)STATE OF NEW JERSEY   DIVISION OF TAXATION
ATTN BANKRUPTCY UNIT
PO BOX 245
TRENTON NJ 08695-0245

Stephen Michaels
1914 NE 53rd Court
Pompano Beach, FL 33064-5642

Super Scientific Laboratories
14820 NW 60th Avenue
Hialeah, FL 33014-2815

Susan Bond PC
1500 Dragon St.
Dallas, TX 75207-3902

Taimi Sifontes
7150 SW 42st Street
Miami, FL 33155

Tamera Industries, Inc.
c/o Zachary Malnik
PO Box 15580
Plantation, FL 33318-5580

Taylor Thompson
5176 SW 90th Avenue
Cooper City, FL 33328-3625

Tennessee Attorney General Office
PO Box 20207
Nashville, TN 37202-4015

Tennessee Department of Revenue
Andrew Jackson Building
500 Deaderick Street
Nashville, TN 37242-0001

Texas Attorney General Office
PO Box 12548
Austin, TX 78711-2548

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

The Arthritis Foundation, Inc.
1355 Peachtree St NE
Suite 600
Atlanta, GA 30309-3234

The SAR Group, LLC
3525 NW 22nd Terrace
Gainesville, FL 32605-2344

Todd Corrigan
14212 Silver Lakes Circle
Port Charlotte, FL 33953-4650

Torrey Carroll
500 N Andrews Avenue #169
Fort Lauderdale, FL 33301-4130

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

Utah Attorney General Office
350 North State Street, Suite 230
Salt Lake City, UT 84114-0002

Utah Department of Revenue
210 North 1950 West
Salt Lake City, UT 84134-9000

Veritiv Operating Company
6120 South Gilmore Road
Fairfield, OH 45014-5162

Vermont Department of Revenue
133 State Street
Montpelier, VT 05633-1401

Victoria Velez
19031 SW 15th Street
Pembroke Pines, FL 33029-6128

Virginia Attorney General Office
109 State Street
Montpelier, VT 05609-1001

Virginia Department of Revenue
1957 Westmoreland Street
Richmond, VA 23230-3225

Virginia Department of Revenue
Office of Customer Services
PO Box 1115
Richmond, VA 23218-1115

WEX
Wex Bank
PO Box 6293
Carol Stream, IL 60197-6293

Washington Attorney General Office
1125 Washington St SE
PO Box 40100
Olympia, WA 98504-0100

Washington Department of Revenue
PO Box 47478
Olympia, WA 98504-7478

Waste Disposal Solutions, Inc.
2307 West Cone Blvd Suite 214
Greensboro, NC 27408-4065

West Virginia Attorney General Office
1900 Kanawha Blvd E.
Charleston, WV 25305-0144

West Virginia Department of Revenue
PO Box 3784
Charleston, WV 25337-3784

William Bennett
2224 Bloods Grove Circle
Delray Beach, FL 33445-5331

Wisconsin Attorney General Office
PO Box 7857
Madison, WI 53707-7857

Wisconsin Department of Revenue
819 N. Sixth Street, Room 408
Milwaukee, WI 53203-1606

Worldwide Express
2700 Commerce Street
Dallas TX 75226-1404

Wyoming Attorney General Office
109 State Capitol
Cheyenne, WY 82002-0001

Wyoming Department of Revenue
122 West 25th Street 2nd Floor West
Cheyenne, WY 82002-0110

Yoad Development & Technology 2014 LTD
Maale Nof 19 Tirat Carmel 30220 Israel

Yotpo
233 Spring St. 6th Floor
New York, NY 10013-1522

Z-Consulting LLC the CBD Benefits
1521 Happy Valley Road
Crown Point, IN 46307-9300

Zulima Gonzalez
4361 SW54th Street Apt 6
Fort Lauderdale, FL 33300

Adam Carlson
66 Wellington Street West #3530
TorontoM5K1A1 Canada

Andrew C Helman
254 Commercial Street, Suite 245
Portland, ME 04101-4899

Andrew C. Helman
1 City Center., Ste. 11100
Portland, ME 04101-6420

James R. Irving
3500 National City Tower 101 S. Fifth St
Louisville, KY 40202

James R. Irving
3500 PNC Tower
101 S. 5th St.
Louisville, KY 40202-3157

Jonathan H Kaskel
1 Alhambra Plaza
Ste Penthouse
Coral Gables, FL 33134-5216

Laura Fuentes
c/o Furr and Cohen, P.A.
2255 Glades Rd., Ste 419A
Boca Raton, FL 33431-7379

Soneet Kapila
KapilaMukamal
Kapila Building
100 South Federal Highway
Suite 200
Ft Lauderdale, FL 33316 United STates

Soneet R Kapila
1000 S. Federal Highway
Suite 200
Fort Lauderdale, FL 33316-1237

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alabama Department of Revenue
50 North Ripley Street
Montgomery, AL 36132

Connecticut Department of Revenue
25 Sigourney St Suite 2
Hartford, CT 06106-5032

Georgia Attorney General Office
40 Capitol Square SW
Atlanta, GA 30334

Hawaii Attorney General Office
425 Queen Street
Honolulu, HI 96813

Illinois Department of Revenue
100 Wst Randolph Street
Chicago, IL 60601-3274

Iowa Department of Revenue
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

Kansas Department of Revenue
Docking State Office Building, Rm 150
915 SW Harrison Street
Topeka, KS 66612

Mastercard
2000 Purchase Street
Purchase, NY 10577-2509

Memic Casualty Company
PO Box 11409
Portland, ME 04104-1409

Nebraska Department of Revenue
301 Centennial Mall South
PO Box 94818
Lincoln, NE 68509-4818

Oregon Attorney General Office
1162 Court Street NE
Salem, OR 97301-4096

State of New Jersey Div of Taxation
State of NJ Division of Taxation Bankrup
Po Box 245
Trenton, NJ 08695

Texas Department of Revenue
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, TX 78774

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)601 Fairway Investments, LLC

(u)Global Widget, LLC

(u)Liquor Stores Limited Partnership

(u)Tamera Industries, Inc.

(d)AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

(d)American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

(d)CTOS Wholesale LLC
2608 W. Peterson Avenue Suite 201
Chicago, IL 60659-4005

(d)Lee Sosin
9 Beechwood Blvd,
Rye Brook, NY 10573-1701

(d)Management Advisory Systems Corporation
c/o Robert C. Martin, Esq.
Martin & Martin, P.A.
319 S.E. 14th Street
Ft. Lauderdale, FL 33316-1929

(d)Massachusetts Department of Revenue
PO Box 7090
Boston, MA 02204-7090

(u)Viktor Chernyshev-PurpleMind
A. Shanidze Street 21
Apt 6 Tbillsi 0179 Georgia

End of Label Matrix
Mailable recipients   316
Bypassed recipients    11
Total                 327