

**ORDERED in the Southern District of Florida on November 14, 2025.**

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

GREEN ROADS, INC.,[1]

        Debtor.

_____/

Chapter 11

Case No. 23-11738-SMG

## ORDER CONTINUING STATUS CONFERENCE

This matter came before the Court on November 12, 2025 at 1:30 p.m. for a post-confirmation status conference on this Court's *Order Continuing Post-Confirmation Status Conference* [Dkt. No. 286]. For the reasons stated on the record, it is **ORDERED** that the post-confirmation status conference is further **CONTINUED** to **Wednesday, May 20, 2026 at 1:30 p.m. (Eastern Time)**

---

[1]      The last four digits of the Debtor's federal tax identification number is 0208.

 at U.S. Courthouse, 299 E. Broward Blvd, Courtroom 308, Ft. Lauderdale, FL 33301.

###

Tendered by:

James R. Irving (admitted *pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower, 101 S. Fifth Street
Louisville, Kentucky 40202
Telephone:  (502) 587-3606
E-mail:  james.irving@dentons.com

*Counsel to Soneet Kapila as Responsible Person for Green Roads, Inc.*


*(Attorney Irving is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

2