**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

GREEN ROADS, INC.,[1]

        Debtor.

_____/

Chapter 11

Case No. 23-11738-SMG

## NOTICE OF PARTIAL DISTRIBUTION

Soneet Kapila as Responsible Person (the "Responsible Person") for the Liquidating Trust (the "Trust") of Green Roads, Inc. (the "Debtor") hereby gives notice that on this 24th day of November 2025, he caused the Trust to make an interim distribution of $9,516.13 to priority creditors, representing 100% of the priority claims against the Debtor's estate, and $750,000 to general unsecured creditors distributed by pro-rata share.  This distribution represents a partial distribution resulting in recovery of approximately 15.06% of the general unsecured creditors' claims, which general unsecured claims are in the aggregate amount of $4,981,396.  A schedule setting forth the distribution to each priority claim and general unsecured claim is attached hereto as **Exhibit A**.

The Responsible Person anticipates is still working to resolve remaining open issues in the *In re Green Roads, Inc.*, Chapter 11 Case No. 23-11738-SMG (the "Chapter 11 Case").  The Responsible Person is hopeful that the Trust will make a further, final distribution in 2026 and will close the Chapter 11 Case that year.

---

[1]      The last four digits of the Debtor's federal tax identification number is 0208.

25262393.v2

2

Dated: November 25, 2025

Respectfully submitted,

*/s/ James R. Irving*

James R. Irving (admitted *pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower, 101 S. Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3606
E-mail:  james.irving@dentons.com

-and-

Jonathan Kaskel (FBN 52718)
DENTONS US LLP
1 Alhambra Plaza, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 537-0009
E-mail:  jonathan.kaskel@dentons.com

-and-

Andrew C. Helman (admitted *pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP
One City Centre
Portland, Maine 04101
E-mail:  andrew.helman@dentons.com

*Counsel to the Responsible Person for Green Roads, Inc.*

2

25262393.v2

**Exhibit A-1**

## GREEN ROADS, INC.
### 23-11738-BKC-SMG - UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### Priority Claims Distribution - 100%

| Priority | Claim # | Claimant Name | Distribution Amount |
|---|---|---|---|
| Priority | 2 | Mississippi Department of Revenue | 4,821.77 |
| Priority | 9 | Pennsylvania Department of Revenue | 2,652.28 |
| Priority | 23 | State of New Jersey Division of Taxation | 1,760.21 |
| Priority | 29 | Department of Taxation State of Hawaii | 109.12 |
| Priority | 3 | Indiana Department of Revenue | 95.54 |
| Priority | 3 | Indiana Department of Revenue | 77.21 |
| | | | |
| | | | $ 9,516.13 |
| | | | |

Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors

Page 1 of 2

Exhibit A-2

**GREEN ROADS, INC.**
**23-11738-BKC-SMG - UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**General Unsecured Creditors ("GUCs") - $750,000 1st Interim Pro-Rata Distribution**

| Priority | Claim # | Claimant Name | Distribtuion Amount |
|---|---|---|---|
| GUC | 16 | Signifi Solutions, Inc. | $ 120,617.78 |
| GUC | Schd | 601 Fairway Investments | 117,978.50 |
| GUC | 5 | IHeartMedia | 72,054.56 |
| GUC | 10 | American Express National Bank | 69,198.38 |
| GUC | 14 | Argo Partners | 67,919.03 |
| GUC | Schd | Select Bank Card | 60,224.09 |
| GUC | 28 | Tamera Industries, Inc. | 60,224.09 |
| GUC | 1 | Argo Partners | 23,266.46 |
| GUC | Schd | Ernst & Young US, LLP | 18,933.10 |
| GUC | 19 | Lee Sosin | 18,820.03 |
| GUC | 18 | Beeswax.IO Corporation | 17,106.43 |
| GUC | Schd | Ken Marks | 11,292.02 |
| GUC | 24 | The Arthritis Foundation, Inc. | 11,292.02 |
| GUC | Schd | Investments Limited | 10,725.32 |
| GUC | Schd | Acosta | 10,037.55 |
| GUC | 12 | Worldwide Express | 9,280.68 |
| GUC | 20 | Get Page One, LLC | 8,017.33 |
| GUC | Schd | Cloud Castle, Inc. | 7,592.73 |
| GUC | Schd | Berlin Packaging | 6,263.30 |
| GUC | 15 | Nison Consulting, LLC | 5,093.97 |
| GUC | Schd | DRM Production, LLC | 4,473.87 |
| GUC | Schd | Repeat Growth, Inc. | 3,613.45 |
| GUC | Schd | Todd Corrigan | 3,572.91 |
| GUC | Schd | Argo Partners | 2,185.53 |
| GUC | Schd | Cozen O'Connor | 1,422.21 |
| GUC | Schd | Healthline Media, Inc. | 1,214.92 |
| GUC | Schd | Argo Partners | 1,091.19 |
| GUC | Schd | Jumep Multy Services, LLC | 914.65 |
| GUC | Schd | C3 Cloud Compu Concepts | 851.18 |
| GUC | 17 | Veritiv Operating Company | 692.88 |
| GUC | 7 | Microtech Computer Services, LLC | 685.05 |
| GUC | 25 | Louisiana Department of Revenue | 621.08 |
| GUC | Schd | Argo Partners | 602.24 |
| GUC | 9 | Pennsylvania Department of Revenue | 410.27 |
| GUC | Schd | The Sar Group, LLC | 255.95 |
| GUC | Schd | ADP | 219.62 |
| GUC | Schd | Ruth Nelly Pino | 210.39 |
| GUC | 23 | State of New Jersey Division of Taxation | 207.84 |
| GUC | Schd | Nikol Moen, LLC | 135.50 |
| GUC | 2 | Mississippi Department of Revenue | 114.50 |
| GUC | Schd | DEX Imaging | 98.28 |
| GUC | 6 | Anderson & Associates d/b/a Andersen Material | 93.04 |
| GUC | Schd | Waste Disposal Solutions, Inc. | 84.58 |
| GUC | Schd | Bishota Law, PLLC | 84.31 |
| GUC | Schd | City of Deerfield Beach | 60.53 |
| GUC | Schd | Susan Bond PC | 52.70 |
| GUC | Schd | Kappa Laboratories | 26.05 |
| GUC | Schd | Miami-Dade Police Department | 17.46 |
| GUC | Schd | Remedy Review, LLC | 13.55 |
| GUC | 4 | Florida Power & Light | 8.09 |
| GUC | Schd | Maria Rose | 7.15 |
| GUC | Schd | A1 Shredding & Recycling | 6.62 |
| GUC | 3 | Indiana Department of Revenue | 5.89 |
| GUC | Schd | Quantlogic Media, LLC | 3.74 |
| GUC | 29 | Department of Taxation State of Hawaii | 3.26 |
| GUC | Schd | Neighborly Interactive | 2.15 |
| | | | $ 750,000.00 |

Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors