

**ORDERED in the Southern District of Florida on May 21, 2026.**

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

GREEN ROADS, INC.,                                      Case No. 23-11738-SMG

    Debtor.                                             Chapter 11

_____/

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

This case came before the Court for a continued post-confirmation status conference on May 20, 2026, at 1:30 p.m.[1] The only attorney who appeared at the hearing was counsel for the United States trustee. No attorney appeared for the Responsible Person for the Liquidating Trust of Green Roads, Inc. With no attorney appearing to prosecute this case, it is

**ORDERED** that:

1.      The Court will consider dismissal of this case at a hearing on **July 1, 2026, at 1:30 p.m.** at the **United States Courthouse, 299 E. Broward Blvd., Room 308, Fort Lauderdale, Florida 33301**.

2.      Any party opposing dismissal must file a written response to this Order by no later than **4:30 p.m. on June 24, 2026**.

---

[1] Dkt. No. 334.

3.	Information on requirements and procedures for remote attendance at the hearing may be found on the presiding judge's webpage on the Court's website: www.flsb.uscourts.gov. <u>PLEASE NOTE</u>: The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

4.	<u>PLEASE NOTE</u>: Photo identification is required to gain entrance to all federal courthouse facilities. Under District Court Administrative Order 2018-79, as amended by District Court Administrative Order 2019-87-A, with certain limited exceptions, electronic devices, including but not limited to cameras, cellular phones (including those with cameras), smart glasses, iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order, and witnesses subpoenaed to appear in a specific case. A motion seeking to allow a specific person access to the courthouse with a specific electronic device for a specific purpose and period of time may be filed under Local Rule 5072−2 (if before June 1, 2026) or under new Local Rule 9013-2(c) (if after June 1, 2026).

# # #

*Copy furnished to James R. Irving, Esq., who must serve this Order on all creditors and other parties in interest and file a certificate of service.*