**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

GREEN ROADS, INC.,[1]

Chapter 11

Case No. 23-11738-SMG

Debtor.

_____/

**CERTIFICATE OF SERVICE**

I, James R. Irving, being over the age of eighteen and an attorney at Dentons Bingham Greenebaum LLP, certify that on May 26, 2026, I caused the *Order to Show Cause Why Case Should Not Be Dismissed* [Docket No. 338] (the "Order") to be served via first class United States Mail, postage prepaid, to the mailing list included in **Exhibit A**.

Parties who are participants in the Court's electronic noticing system, were denoted as having been served electronically when the Order was entered.

Dated: May 26, 2026

Respectfully submitted,

*/s/ James R. Irving*
James R. Irving (admitted *Pro Hac Vice*)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower, 101 S. Fifth Street
Louisville, Kentucky 40202
Telephone:  (502) 587-3606
E-mail:  james.irving@dentons.com

*Counsel to Soneet Kapila as Responsible Person for Green Roads, Inc.*

---

[1]    The last four digits of the Debtor's federal tax identification number is 0208.  The Debtor's principal address is 601 Fairway Dr, Deerfield Beach, FL 33441.

25671728