

**ORDERED in the Southern District of Florida on July 6, 2026.**

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

Chapter 11

GREEN ROADS, INC.,[1]

Case No. 23-11738-SMG

Debtor.

_____/

### ORDER DISCHARGING ORDER TO SHOW
### CAUSE WHY CASE SHOULD NOT BE DISMISSED

This matter came before the Court on July 1, 2026, on the Court's *Order to Show Cause*

*Why Case Should Not Be Dismissed* [Docket No. 338] (the "Show Cause Order"), entered May

21, 2026.  James R. Irving appeared on behalf of the Responsible Person for the Liquidating Trust

of Green Roads, Inc.  The Responsible Person filed a timely Response to the Show Cause Order

---

[1] The last four digits of the Debtor's federal tax identification number are 0208.  The Debtor's principal address is 601 Fairway Dr, Deerfield Beach, FL 33441.

1

27090139.v2

2

[Docket No. 340] on June 22, 2026 (the "Response").  Based on the appearance of counsel and the

Response, the Court finds that dismissal is not warranted. Accordingly, it is

      **ORDERED** that the Order to Show Cause is hereby discharged.

###

Tendered by:

James R. Irving (admitted *pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower, 101 S. Fifth Street
Louisville, Kentucky 40202
Telephone:  (502) 587-3606

2

27090139.v2